RECEIVED
Mail Room

MAY 27 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON DC



Clifton Robinson,
    Petitioner,

v.

J. Hemingway, Warden of FCI Milan
R. Lea, Case Manager of FCI Milan
C. Ellison, Counselor FCI Milan,
    Defendant.

)
)
)
)
)
)
)
)
)
)

Case: 1:22-cv-01569 JURY DEMAND
Assigned To : Moss, Randolph D.
Assign. Date : 5/27/2022
Description: Pro Se Gen. Civ. (F-DECK)

Comes now, Clifton Robinson, in the above titled matter, suits at Common Law, Pursuant to United States Constitution 7th Amendment and Section 9 of the Judiciary Act of 1789 (1Stat. 73)

## JURISDICTION

The Jurisdiction of this Court is invoked by the United States Constitutions 7th Amendment and Section 9 of the Judiciary Act of 1789 (1 Stat. 73). The rules of common law must apply. "The party who brings the suit is the master to decide what law he will rely upon and the alligations of his bill are the evidence, or the expression, of his decision, upon which the Federal Courts must act in determining the question of their jurisdiction." See Odell v. Farnsworth Co., 63 LED 1111, 250 US 501, N.2 (S.Ct 1919).

## STANDING

Clifton Robinson was injured by the Defendants, Warden Hemingway, Case Manager Lea and Counsilor Ellison. The three officers at FCI Milan conspired to violate Clifton Robinson's rights and made false and fraudulent representation by producing a fake warrant for his arrest along with disobeying the First Step Act (Congressional Law, FSA, Dec. 2018, Public law No:115-391) and its provisions. The actual harm is concrete, particular and clearly traceable

-1-

to unlawful conduct of Mr. Hemingway, Mr. Lea and Mr. Ellison.  Injury is caused from violations of the U.S. Constitution, Civil Rights Act and United States criminal codes, the constitution structure of our government that protects individual liberty were all violated by the defendants.

INTRODUCTION

This is a common lawsuit, pursuant to the 7th Amendment of the United States Constitution and Sec. 9 of the Judiciary Act of 1789 (1 Stat. 73) and cannot be construed otherwise.  "the party who brings the suit is the master to decide what law he will rely upon and the allegations of his Bill are the evidence, or the expression, of his decision, upon which the Federal Courts must act in determining the question of their jurisdiction."  See Odell v. Farnsworth Co., 63 LED 1111, 250 US 501 at N.2 (S.Ct 1919).  Petitioner was convicted in 2018 for tax fraud and was sentenced to 99 months in federal prison.  Petitioner is currently serving his sentence at FCI Milan, a Federal Prison with low level offenders in Milan, Michigan.

ARGUMENT

Mr. Robinson has been the lone holdover from the previous Attorney General William Barr's memo to be released on the CARES Act due to the COVID-19 pandemic. Mr. Robinson was placed in a special, high-risk unit, away from all other inmates due to his failing health conditions.  Those inmates were awaiting to be placed on home confinement.  Then, previous director of the BOP Micheal Carvajal, sent an additional memo targeting black inmates in an effort to keep them locked up.

Mr. Robinson has filed three different compassionate release requests to the Warden and the Courts.  These have been denied and Mr. Robinson has

remained incarcerated this whole time.

Mr. Robinson is 90% blind (see exhibit A).  Mr. Robinson's mom is also terminally ill and needs someone to help care for her.  However, Mr. Hemingway, the FCI Milan Warden, feels that keeping Mr. Robinson in prison is what's best despite all that has happened to Mr. Robinson over the years.

Now, two years later, as well documented by attorneys, Courts and Mr. Robinson's own experiences, the BOP is trying to stop anyone from going home under the First Step Act and continue to implement their own version on the First Step Act.  Once again, targeting people of color, dragging their feet on giving anyone days they have earned for programming and slowing down the implementation of the law Congress passed in 2018.  The First Step Act allows inmates to get 12 months of halfway house time.  By law, inmates are suppose to receive 10% halfway house time based on the number of years sentenced, which would give Mr. Robinson about $8\frac{1}{2}$ months based off his 8 year sentence. Furthermore, the CARES Act required inmates to be at least 50% complete with their sentence, which Mr. Robinson has.  But the FSA (First Step Act) Law is being violated by FCI Milan with the Warden, Mr. Hemingway, the Case Manager, Mr. Lea and by Counselor Mr. Ellison.  FCI Milan is not following the clear language laid out in the FSA and the agency has not followed proper procedure along the way.  This is the same bureaucracy that brought you unnecessary prison deaths and suffering during the COVID pandemic.  They are now engaging in yet another conspiracy by refusing the give Mr. Robinson and most likely multiple other inmates their correct and earned halfway house time and FSA credited days.  The Department of Justice (DOJ) has broad powers to interpret statues but FSA is law and the DOJ has no discression to violate the clearly stated terms of the law and can not violate a prisoners Constitutional Rights under both the 8th Amendment and the 14th Amendment.

FCI Milan Case Manager R. Lea has continously violated laws and constitional rights and this institution does nothing about it.  From my calculations, with my FSA credits earned plus my halfway house time, Mr. Robinson should have been released from FCI Milan on 2-21-2022.  However, after repeated attempts and requests to release me to either halfway house or home detention, FCI Milan has "found" a warrant out of Chicago for Mr. Robinson.

This ghost warrant was never disclosed to Mr. Robinson.  When Mr. Robinson was brought to FCI Milan, he was not made aware of a warrant for his arrest. Prior to his incarceration, Mr. Robinson was released on bond.  This would not have happened if he had an active warrant for his arrest.  (See Exhibit B)  Mr. Robinson filed for Compassionate release on 6-14-2020.  Federal probation officers did the same "NCIC" check and reviewed my case for possible release and cleared me.  However the Courts denied my Compassionate Release request. During my multiple team meetings at FCI Milan, my case manager never once brings up a warrant.  He tells me that I have no detainers.  Still no warrant. Mr. Robinson filed another Compassionate  Release request in December of 2021 seeking relief for his and his mothers failing health.  Again, federal agents did an NCIC check and reviewed my case for possible release and no warrants were found or mentioned.  My residence was approved and my case was pending release only waiting for the Judge's decision.  It is pretty obvious that a Federal Court will not entertain a motion for release if the person has active warrants or detainers.  If they do, thats an instant denial. This never happened.  Unfortunatelly, the Judge denied Mr. Robinson's request for Compassionate Release and he remained at FCI Milan.  However, even in the judge's decision, there was never a mention of an active warrant as a reason for keeping him incarcerated.  Furthermore, why wasn't Mr. Robinson made aware of this long before he is ready to be released for the halfway house?  You can see, FCI Milan is trying to hold Mr. Robinson when they clearly should not be, violating

his 8th and 14th amendment rights in doing so.

Exhibit C shows what FCI Milan hands all incoming inmates showing they have an active warrant.  This practice allows for clear communication that this warrant needs to be tended too prior to your release.  This gives inmates the time needed to resolve any issues that come from the active warrant.  However, as stated above, Mr. Robinson was handed Exhibit D, when he is ready for release.  It clearly states that no officer should, "search, detain or arrest based on this record."  This document is not a warrant.  The defendants in this case cannot provide Mr. Robinson with a case or a case number or any information about this infamous warrant.  Clearly, the defendants are being evil and spiteful in providing this just as Mr. Robinson should be released.

In a quest to get to the bottom of this, Mr. Robinson, on March 31, 2022, asked Counselor Ellison to place a call to this agency and try to sort out what his is.  As we were told, this agency does  warrants and Mr. Robinson does not have a warrant and she hung up the phone.  I have no way to prove this to staff.  I have tried repeatedly to have Mr. Ellison clarify this but Mr. Robinson has not heard from him since his lie and fake warrant were busted.

So Mr. Robinson continues to sit here being denied the medical care he needs.  He cannot get emergency asthma medicine (Exhibit E).  Mr. Robinson needs a special medical procedure for his glocoma/eyes that FCI Milan will not provide.  This is a very clear violation of Mr. Robinson's 8th amendment rights.  It is cruel and unusual punishment of a handicapped blind man.  This shows how careless and evil this world can be.  The staff conspiracing against Mr. Robinson and refusing to give him assistance which is a violation of my due deligence.  These are the type of staff that will retaliate against someone and place them in the Special Housing Unit or ship them to another institution for what they call "diesel theapory."  These individuals do not care about someones life or liberty.  Even Congress is upset with how the BOP as seen

in Exhibit F., which are newsletters updating Mr. Robinson on how the BOP is mishandling things and has no preperation for the next wave of COVID and the frustration of other institutions case managers and counselors that are engaging in criminal conduct with zero oversight. They continue to fail at their jobs of assisting inmates to prepare for release. Their main focus should be on assisting inmates plan for release and become productive returning citizens. However, they continue to not do this, keeping inmates in for as long as possible by not crediting them FSA days, time credits and limiting halfway house time. They are secretly making their own rules in an effort to go around the law congress has in place. Now, on top of their own secret set of rules, they have produced a bogus warrant, holding Mr. Robinson up yet again. This ugly and unlawful practice needs to be stopped, holding all of those who conspiraced against Mr. Robinson held accountable.

Those depriving Mr. Robinson of his rights and liberties, holding Mr. Robinson hostage, committing these despicable and cowardly acts towards a blind man need to be protected under the color of law. No staff have spoken to Mr. Robinson since this infamous warrant has appeared. No one has tired to resolve this "NCIC" issue. Three different federal officers have cleared this yet no one here can do this. This has brought great pain and suffering on both Mr. Robinson and his very ill mother. I will now miss my sons graduation due to the acts of this staff. I expect to be shipped from FCI Milan, which will be a clear act of retaliation for this lawsuit. However, I am not afraid of any acts or retailation and shanagans that result from the filing of this document because Mr. Robinson is not suppose to be in custody.


<u>BOPs RACIAL DISCRIMINATION</u>

The Petitioner, a person of color, is a low-risk prisoner. His current

conviction is a non-violent crime of tax fraud. His risk of recidivism, according the the BOP and his PATTERN score is extremely low. He has served well over 50% of his time. Pursuant to 18 U.S.C 3632(4)(A)(i)(ii) of the First Step Act, the petitioner would be eligible for immediate release if the staff at FCI Milan awarded his earned time credits. See Aryeh Goodman v. David Ortiz, Civ. No. 20-7582 (RMB) LEXIS 153874 (US Dist Ct of NJ, 2020). Paul Manafort, a white male, was convicted of conspiracy to defraud the US government of over 6.1 million dollars from filing false tax returns and failing to report foreign bank accounts and in addition, lied to the FBI, was released from prison after only serving 25% of his sentence. It is very clear and obvious that the BOP is racially discriminating against Mr. Robinson who has served well over 50% of his time, only because of the color of his skin. How awful.

## BOPs CRIMINAL NEGLIGENCE

The FCI Milan staff, listed at the defendants, have chosen to ignore and evade the laws enacted by congress and have committed criminal negligence and violated US Criminal Code U.S.C. 241, conspiracy against rights (See Exhibit F). And 18 U.S.C. 242, deprivation of rights under the color of law (See Exhibit G). The defendants have committed numerous criminal acts, which the defendant willfully choose to evade and ignore and continue to misuse their authority to aid, abet, counsel, commance and procure the commission of illegal and unlawful acts and thus has caused grievous harm and damages and injuries under the pretense and colors of the law. The defendants must be prosecuted criminally for such acts against Mr. Robinson. Any private individual violating any United States criminal code would be prosecuted in the Courts to the funn extent of the law, and the defendants Hemingway, Lea and Ellison, are no exception.

-7-

## FALSE IMPRISONMENT

Mr. Robinson was only credited 365 days off of his sentence because the DOJ and the BOP have put a cap on the number of First Step Act Time Credit days an inmate can earn even though the actual First Step Act puts no limit on how many days an inmate can earn or apply towards early release. Mr. Robinson is still due 180 days (and counting) of additional First Step Act Time Credits off of his sentence which the defendants are refusing to apply. Mr. Robinson has maintained the basic qualifications to earn 15 days of First Step Act Time Credits per month with no limitations.

Based on the calculations from the BOP (Exhibit H) and the First Step Act law (Exhibit I), Mr. Robinson's sentence should end on June 1, 2022 if his full year and a half of First Step Act Time Credits were applied properly by the defendants. Note that if applied correctly, Mr. Robinson's FTC's could have also been applied to extra time in halfway house, which would have started months ago, on February 21, 2022.

This is a clear violation of Mr. Robinson's Due Process rights, and technically, any day that the BOP holds Mr. Robinson beyond June 1, 2022 is false imprisonment and violates Mr. Robinson's right to be free from cruel and unusual punishment under the Eighth Amendment of the U.S. Constitution. For any day in custody beyond June 1, 2022, Mr. Robinson is requesting damages in the sum of $250,000 for each day of incarceration beyond June 1, 2022.

The hardship, pain, suffering, and stress that FCI Milan is pouring on has been too much to bare for Mr. Robinson and his family, especially his mother. His mother has had to admit herself to the hospital again because not enough oxygen is getting to her brain, she suffers from congestive heart failure and COPD, and is barely hanging on to life. The Warden was informed of this on several occasions when Mr. Robinson had requested compassionate release, requests Warden Hemingway has denied and the district court has rubber stamped. Now Lea and Ellison are deliberately violating Mr. Robsinson's rights and breaking the law by not following the law of the First Step Act, which is something the DOJ, BOP, and FCI Milan has been doing since the First Step Act was signed into law in December, 2018.

## CONCLUSION AND RELIEF SOUGHT

Mr. Robinson has factually proven that Mr. Hemingway, Mr. Lea and Mr. Ellison (FCI Milan Warden and Unit Team members) have committed civil and criminal negligence against him, violating the U.S. Constitutional provisions, civil rights act and United States criminal codes. By the defendants creating a loophole by producing a warrant at the last minute which they are unable to provide information on, produce the actual warrant or assist him in any way is just another way of keeping Mr. Robinson, a black inmate, in prison to max out his time. FCI Milan is clearly attempting above the law by screwing the FSA and are violating my 5th, 8th and 14th amendment rights deliberately cause severe pain, injury and suffering. Still, as I submit this, no staff has assisted. No medical staff have assisted. I have no warrant what-so-ever and I am asking for FCI Milan individuals named in this suit be held accountable and pay for the conspiracy that they have put together to hold a blind, African America man in prison.

Mr. Robinson is seeking $100,000.00 for each day from 2-21-2022 and continuing as long as I am held and they keep playing "slave" games and being above the law. I want my credits I've earned under the law and to be released from this hell hole immediately.

Date: 4-20-22

Repectfully Submitted,

Clifton Robinson
Reg No 21794-026
Federal Correctional Institution-Milan
P.O. Box 1000
Milan, Michigan 48160

-9-

Addition

Personal involvement in deprovation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." See Gallegos v. Haggerty, N.D. of NY, 689 F. Supp. 93 (1988).  Possible monetary damages are listed below:

Violation of Due Process = 3x$250,000.00  (5th Amendment)

Violation of Deprivation of Right Under the Color of Law = 3x$10,000.00 (Title 8 Section 242)

Violation of Fraudulent Statement and Misrepresentation = 3x$10,000.00 (U.S.C Title 18 Section 1001)

Grand total  $810,000.00

-10-