UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFTON ROBINSON, <br><br> *Plaintiff*, <br><br> v. <br><br> J. HEMINGWAY, *et al.* <br><br> *Defendants*. | Civil Action No. 22-1569 (RDM) |

### ORDER

For the reasons set forth in the memorandum opinion that accompanies this order, it is hereby **ORDERED** that the case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23. Defendants' motion to dismiss and for summary judgment, Dkt. 18, is hereby **DENIED as MOOT**.

The Clerk of the Court shall mail a copy of this Order to Plaintiff's addresses of record.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: December 4, 2023